UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-CR-00108 |
| ) | JUDGE TRAUGER |
| ISAAC DONNELL FULLER ) | |

### MOTION TO WITHDRAW AS DEFENSE COUNSEL

Undersigned appointed counsel respectfully moves this Court to enter an Order permitting counsel to immediately withdraw as counsel. Mr. Fuller has repeatedly advised counsel and this Court that he seeks new counsel, and that he will not work with the undersigned. Therefore, counsel files this Motion to Withdraw, both at the request of the Defendant, and because counsel believes the attorney-client relationship has deteriorated to the point that counsel can no longer provide effective assistance.

Facts and argument that compel this motion are as follows:

(1) Mr. Fuller has been indicted for being a felon in possession of a firearm (Docket No. 1). He faces a potentially serious sentence if convicted, and it is imperative that he have counsel to effectively advise him, both as to possible plea bargaining options, and as to the prospects for litigation, including pre-trial motions and trial.

(2) Mr. Fuller was initially represented by the Office of the Federal Public Defender, but that Office withdrew from the case, for reasons that were set forth with the Court, prior to the Court appointing new counsel (Docket Nos. 9, 14, 15). Undersigned counsel entered a Notice of Appearance on August 28th, 2012, just weeks before the first scheduled trial of the matter (Docket Nos. 13, 17).

1